1  ELAINE K. KIM (SBN 242066)
      ekk@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  Attorneys for Defendant
   The Walt Disney Company
6

7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 David A. Fisher,                          CASE NO. 2:21-cv-05839-CBM (KSx)

12         Plaintiff,                          Honorable Consuelo B. Marshall

13      v.                                     **REQUEST OF DEFENDANT THE
                                               WALT DISNEY COMPANY FOR
14 Angela Nissel, E. Brian Dobbins,           JUDICIAL NOTICE IN SUPPORT
   Kenya Barris, ABC Studios, The Walt        OF ITS MOTION TO DISMISS
15 Disney Company, a Delaware                  PLAINTIFF'S COMPLAINT IN
   Corporation, and Parent company of         ITS ENTIRETY WITHOUT
16 Walt Disney, Walt Disney Television        LEAVE TO AMEND PURSUANT
   and ABC Television Network, Inc;            TO FEDERAL RULE OF CIVIL
17 Does 1 thru 25, Inclusive,                  PROCEDURE 12(B)(6) AND 28
                                               U.S.C. § 1915(E)(2)(B)**
18         Defendants.
                                               [Notice of Motion and Motion;
19                                             Declarations of Elaine K. Kim and
                                               Celeste de los Santos in Support of
20                                             Request for Judicial Notice; Notice of
                                               Lodging and Exhibits; and [Proposed]
21                                             Order Filed Concurrently Herewith]

22
                                               Date:      October 5, 2021
23                                             Time:      10:00 a.m.
                                               Courtroom: 8B
24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

13363272.1/50452-00002

## REQUEST FOR JUDICIAL NOTICE

### I.    INTRODUCTION

Defendant The Walt Disney Company ("TWDC") files this Request pursuant to Federal Rule of Evidence 201 and the incorporation-by-reference doctrine, in support of its Motion to Dismiss Plaintiff's Complaint in Its Entirety Without Leave to Amend Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B) ("Motion to Dismiss").

In his Complaint, Plaintiff claims the television series *mixed-ish* infringes his copyrights in a five-episode series titled "MIXED." *See* Compl. (Dkt. 1) ¶1. Plaintiff alleges that he "has a registered US Copyright, Registration number PA 2-265-745" for the "MIXED" series. *Id*. ¶¶1, 19, 40. TWDC requests that the Court, in ruling on the Motion to Dismiss:

- take judicial notice of the fact that the United States Copyright Office has not granted a copyright registration to Plaintiff David A. Fisher for his purported works, Episodes 2 through 5 of "MIXED"; and

- take judicial notice of and/or consider as incorporated into the Complaint by reference, the contents of Plaintiff's "MIXED – Episode 1" and Season 1 of the *mixed-ish* television series.

In ruling on a motion to dismiss, a court properly considers matters that are judicially noticeable as well as documents incorporated into the complaint by reference. The Court may properly take judicial notice of the fact that the U.S. Copyright Office has not granted copyright registrations to Plaintiff for Episodes 2 through 5 of "MIXED," because this fact can be accurately and readily determined from the Copyright Office's official records, copies of which are attached hereto as Exhibits A through G.

The Court may also properly consider the contents of Episode 1 of "MIXED" and Season 1 of the *mixed-ish* television series to assess whether Plaintiff can state a claim for copyright infringement. These works, which are

being manually lodged with the Court as Exhibits F and H hereto, are judicially noticeable. Their contents are not subject to reasonable dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, specifically the Copyright Office's deposit copy of "Mixed – Episode 1" and commercially available episodes of Season 1 of *mixed-ish*. Additionally, these works are properly considered by the Court because the Complaint incorporates the contents of these works by reference.

The Court should therefore consider the exhibits submitted herewith in ruling on Defendant TWDC's Motion to Dismiss.

## II.    LEGAL STANDARDS

In ruling on a motion to dismiss, a court properly considers matters that are judicially noticeable, as well as documents incorporated into the complaint by reference. *See Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007) ("courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice"), *cited in Dunn v. Castro*, 621 F.3d 1196, 1205 n. 6 (9th Cir. 2010).

A matter is judicially noticeable when it is "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id*. 201(c)(2). "The court may take judicial notice at any stage of the proceeding." *Id*. 201(d).

A document is incorporated into the complaint by reference where "the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of

1    that document in the complaint." *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir.
2    2005).

3    **III.**    **JUDICIAL NOTICE IS PROPER OF THE FACT THAT THE U.S.**
4          **COPYRIGHT OFFICE HAS NOT GRANTED PLAINTIFF**
5          **REGISTRATIONS FOR EPISODES 2 THROUGH 5 OF "MIXED"**

6         The Court should take judicial notice of the fact that the U.S. Copyright
7    Office has not granted copyright registrations to Plaintiff for Episodes 2 through 5
8    of "MIXED."

9         Whether or not the Copyright Office has granted a copyright registration to a
10    person for a particular work is a fact that is properly the subject of judicial notice
11    because it a matter of public record. *See MGIC Indem. Corp. v. Weisman*, 803 F.2d
12    500, 504 (9th Cir. 1986) (a court may take judicial notice of documents that are
13    matters of public record). The existence or non-existence of a copyright
14    registration can be accurately and readily determined from the Copyright Office's
15    records, whose accuracy cannot be reasonably be questioned. Accordingly, courts
16    have taken judicial notice of the fact that a copyright registration has or has not
17    been granted based on the Copyright Office's records, including the searches and
18    printouts of the Copyright Office's Public Records Catalog online. *See, e.g.*,
19    *Elohim EPF USA, Inc. v. Total Music Connection, Inc.*, 2015 WL 12655556, at *8
20    (C.D. Cal. Oct. 1, 2015) (printout from Copyright Office website judicially
21    noticeable); *Ricketts v. Haah*, 2013 WL 3242947, at *2 (C.D. Cal. June 26, 2013)
22    (on motion to dismiss, taking judicial notice that "according to the Copyright
23    Office database, Plaintiffs have not registered any copyrights"); *ATPAC, Inc. v.*
24    *Aptitude Sols., Inc*., 2010 WL 1779901, at *3 (E.D. Cal. Apr. 29, 2010) (taking
25    judicial notice of printout from the Copyright Office's website "because the record
26    is generated by an official government website such that its accuracy is not
27    reasonably in dispute.").

28

In his Complaint, Plaintiff alleges that he "has a registered US Copyright, Registration number PA 2-265-745." Compl. (Dkt. 1) ¶¶1, 19, 40. The Court may take judicial notice of the fact that this registration is only for Episode 1 of "MIXED" that is approximately 6 minutes long. The Court may also take judicial notice of the fact that the Copyright Office has not granted copyright registrations to Plaintiff for Episodes 2 through 5 of "MIXED."

This can be accurately and readily determined from the Copyright Office's records, specifically:

- **Exhibit A** is a true and correct copy of printouts from the Copyright Office's Public Records Catalog online showing the results of a search query conducted on July 23, 2021, for Registration number PA0002265745. *See* Declaration of Elaine K. Kim ("Kim Decl.") ¶¶2-3. These records establish that Registration number PA0002265745 is only for "Mixed – Episode 1." As shown in Exhibit A, the Name associated with this registration is "Fisher, David A., Jr., 1981-."

- **Exhibit B** is a true and correct copy of printouts from the Copyright Office's Public Records Catalog online showing the results of a search query conducted on July 23, 2021, for "Fisher, David A., Jr., 1981." This is the Name listed on Registration number PA0002265745 for "Mixed – Episode 1." These records show that there is only "1" title associated with that Name, which is Registration number PA0002265745 for "Mixed – Episode 1." *See* Kim Decl. ¶4.

- **Exhibit C** is a true and correct copy of printouts from the Copyright Office's Public Records Catalog online showing the results of a search query conducted on July 23, 2021, for any and all records of copyright registrations with the Name, "fisher david a." These records show that the only registration is Registration number PA0002265745 for "Mixed – Episode 1." *See* Kim Decl. ¶5.

- **Exhibit D** is a true and correct copy of printouts from the Copyright Office's Public Records Catalog online showing the results of a search query conducted on July 23, 2021, for any and all records of copyright registrations for which "fisher" and "david" appear anywhere in the Name, and "mixed" appears anywhere in the Title. These records show that the only registration is Registration number PA0002265745 for "Mixed – Episode 1." *See* Kim Decl. ¶6.

- **Exhibit E** is a true and correct copy of certified records received from the Copyright Office of its correspondence with Plaintiff pertaining to "MIXED." The correspondence reflects that the Copyright Office registered only Episode 1 and removed reference to the other episodes. These records make clear that Registration number PA0002265745 covered only Episode 1 of "MIXED," and not Episodes 2 through 5. *See* Kim Decl. ¶7.

- **Exhibit F** is a true and correct copy of a flash drive received from the Copyright Office containing the deposit copy for Registration number PA0002265745. Exhibit F contains "Mixed – Episode 1," a video that is approximately 6 minutes long and a short synopsis. The deposit copy does not contain any episodes except for "Mixed – Episode 1." Exhibit F further confirms that Registration number PA0002265745 does not cover Episodes 2 through 5 of "MIXED." *See* Kim Decl. ¶8.

- **Exhibit G** is a true and correct copy of the Copyright Office's certification of the deposit copy for Registration number PA0002265745. *See* Kim Decl. ¶9.

The Court should take judicial notice of the fact that the Copyright Office has only granted a copyright registration for "MIXED" Episode 1 which is approximately 6 minutes long, and has not granted copyright registrations to Plaintiff for "MIXED" Episodes 2 through 5. As set forth in the Motion to

Dismiss, Plaintiff therefore cannot state a claim for infringement of "MIXED" Episodes 2 through 5.

## IV.   THE CONTENTS OF "MIXED – EPISODE 1" AND THE *MIXED-ISH* TELEVISION SERIES ARE PROPERLY BEFORE THE COURT

In copyright cases, courts routinely take judicial notice of and/or deem incorporated by reference the allegedly infringed and allegedly infringing works on motions to dismiss. *See*, *e.g.*, *Fillmore v. Blumhouse Prods., LLC*, 2017 WL 4708018, at \*2 (C.D. Cal. July 7, 2017) ("Courts in the Ninth Circuit have applied this legal standard to resolve motions to dismiss copyright claims, allowing defendants to introduce the copyrighted work and the infringing work that were not included but referenced in the complaint.") (collecting cases), *aff'd*, 771 F. App'x 756, 756 (9th Cir. 2019) ("The district court properly exercised its discretion in taking judicial notice of Fillmore's manuscript and defendants' film because these works formed the basis of Fillmore's claim, and he referred to them extensively in his first amended complaint."); *Thomas v. Walt Disney Co.*, 2008 WL 425647, at \*2 n. 1 (N.D. Cal. Feb. 14, 2008) (taking judicial notice of the copyright deposit for the plaintiff's work on file with the United States Copyright Office, and the defendant's motion picture), *aff'd*, 337 F. App'x 694, 695 (9th Cir. 2009) ("Contrary to Thomas's contention, the district court properly considered materials whose contents Thomas alleged in her complaint or involved matters subject to judicial notice."); *see also* cases cited in Motion to Dismiss at 23-24 & n. 3.

Defendant TWDC has manually lodged "Mixed – Episode 1" and Season 1 of the *mixed-ish* television series with the Court as Exhibits F and H hereto:

- As stated, **Exhibit F** is a true and correct copy of a flash drive received from the Copyright Office containing the deposit copy of "Mixed – Episode 1," Registration number PA0002265745. Exhibit G is a copy of the Copyright Office's certification of the deposit copy. *See* Kim Decl. ¶¶8-9.

- **Exhibit H** is a flash drive containing copies of the publicly aired episodes of Season 1 of *mixed-ish. See* Declaration of Celeste de los Santos ("de los Santos Decl.") ¶¶2-3.

The Court may consider Exhibits F and H in ruling on TWDC's Motion to Dismiss because the Complaint incorporates them by reference: Plaintiff's claims depend on the contents of these works, and there can be no dispute regarding the authenticity of these exhibits. *See Knievel*, 393 F.3d at 1076.

In addition, the contents of Exhibit F and H are judicially noticeable because they are not subject to reasonable dispute, and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Evid. 201(b). Exhibit F is a public record of the Copyright Office. The contents of Exhibit H are capable of accurate and ready determination by resort to online platforms that make *mixed-ish* available for streaming or download, including Hulu and Amazon Prime. *See* de los Santos Decl. ¶3. *See, e.g.*, *Newt v. Twentieth Century Fox Film Corp.*, 2016 WL 4059691, at *2 (C.D. Cal. July 27, 2016) (taking judicial notice of deposit copy of the plaintiff's book and DVD of the defendant's television series); *Thomas*, 2008 WL 425647, at *2 n. 1 (taking judicial notice of the copyright deposit for the plaintiff's work on file with the United States Copyright Office, and the defendant's motion picture); *Zella v. E.W. Scripps Co.*, 529 F. Supp. 2d 1124, 1128 (C.D. Cal. 2007) (taking judicial notice of episodes of defendant's cooking television show).

Thus, the Court should examine the contents of these works under either Rule 201 or the incorporation-by-reference doctrine.

## V.   CONCLUSION

For the foregoing reasons, TWDC requests that the Court, in ruling on the Motion to Dismiss,

- take judicial notice of the fact that the United States Copyright Office has not granted copyright registrations to Plaintiff David A. Fisher for his purported works, Episodes 2 through 5 of "MIXED"; and
- take judicial notice of and/or consider as incorporated into the Complaint by reference, the contents of Plaintiff's "MIXED – Episode 1" and Season 1 of the *mixed-ish* television series.

DATED: August 26, 2021            MITCHELL SILBERBERG & KNUPP LLP


By:   */s/ Elaine K. Kim*
      Elaine K. Kim
      Attorneys for Defendant
      The Walt Disney Company

# EXHIBIT A

7/23/2021                                                     WebVoyage



The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

### Basic Search          **Other Search Options**

**Search for:** | PA0002265745

**Search by:** | Title (omit initial article A, An, The, El, La, Das etc.)
Name (Crichton Michael; Walt Disney Company)
Keyword
Registration Number (for VAu 598-675 type vau000598675)
Document Number (for V2606 P87 type v2606p087)
Command Keyword

**Scroll down for Search Hints**

[ 25 records per page ]          [ Begin Search ] [ Reset ]          [ Set Search Limits ]

## Search Hints

- Works registered prior to 1978 may be found only in the **Copyright Public Records Reading Room.**
- Can't find what you're looking for? Try our "Other Search Options".
- Search terms are not case sensitive.
- Search limits can be used with all "Search by:" options.

| Search Type | Hint |
|---|---|
| **Title** | - Omit initial articles (A, An, The, El, La, Das): **King and I**<br>- Type the entire title, or the first few words of the title, starting with the first word |
| **Name** | - For personal names, type last name first name: **Hillerman Tony**<br>- For corporate names, type in order: **Sony Music Entertainment; Walt Disney Company**<br><br>For Claimant names, go to **Other Search Options** and select "Name: Claimant (KLCN)" from the *Search by* box. For personal names, type first name last name: James Michener. For corporate names, type in order: Metro Goldwyn Mayer<br><br>For Document names, go to **Other Search Options** and select either "Docs: Party1 Statement (K291)" or "Docs: Party2 (K292)", or "Docs Party1/2 (KPTY)" from the *Search by* box. For personal names, type first name last name: Stephen King. For corporate names, type in order: Warner Brother Pictures |
| **Keyword** | - Searches word(s) anywhere in the record<br>- Retrieves records with at least one of your search words<br>- Use + before words that **must** appear in every record retrieved<br>- Use ! before words that **must not** appear in any record retrieved<br>- Use ? for truncation: **photo?** finds **photograph, photographic, photographer**<br>- Use "" to surround exact phrases: **"war of the worlds"** |
| **Registration Number** | - Omit spaces and hyphens |

**Exhibit A, Page 11**

|  | |
| --- | --- |
| | - Registration numbers must be 12 characters long. Type 2 letters followed by 10 digits, or 3 letters followed by 9 digits; add zeroes before the number:<br>**VAu-598-764** is typed **VAU000598764**,<br>**SR-320-918** is typed **SR0000320918** |
| **Document Number** | - Omit spaces and hyphens<br>- The number after the "v" is always 4 digits; the number after the "p" or "d" is always 3 digits<br>- **V2606 P87** is typed **V2606P087** |
| **Command Keyword** | - Use index codes and Boolean operators<br>- Use ? for truncation: **photo?** finds **photograph, photographic, photographer**<br>- Use "" to surround exact phrases: "**war of the worlds**" |

Help   **Search**   *History*   *Titles*   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Exhibit A, Page 12**

7/23/2021                                    WebVoyage Record View 1



The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0002265745
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶

Labeled View

*Mixed :*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0002265745 / 2020-08-01
**Application Title:** Mixed - Episode 1.
**Title:** Mixed : 1.
**Description:** Electronic file (eService)
**Copyright Claimant:** David A. Fisher, Jr. Address: 324 S. Beverly Dr. #292, Beverly Hills, CA, United States.
**Date of Creation:** 2014
**Date of Publication:** 2014-03-25
**Nation of First Publication:** United States
**Authorship on Application:** David A. Fisher, Jr., 1981- ; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
**Rights and Permissions:** David A. Fisher, Jr, 324 S. Beverly Dr. #292, Beverly Hills, CA, 90212, United States, (323) 596-1031, fisherthoughts@gmail.com
**Copyright Note:** C.O. correspondence.
**Names:** Fisher, David A., Jr., 1981-

◀ previous    next ▶

| Save, Print and Email (**Help Page**) |
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

**Exhibit A, Page 13**

7/23/2021                                    WebVoyage Record View 1

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Exhibit A, Page 14**

# EXHIBIT B

7/23/2021                                                          WebVoyage



The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Author = Fisher, David A., Jr., 1981-
Search Results: Displaying 1 through 25 of 25 entries.



| # | Titles | Headings | Headings Type |
|---|--------|----------|---------------|
| [ 1 ] | 1 | Fisher, David A., Jr., 1981- | personal name |
| [ 2 ] | 1 | Fisher, David Alan, 1955- | personal name |
| [ 3 ] | 3 | Fisher, David Allen, 1960- | personal name |
| [ 4 ] | 1 | Fisher, David Andrew, 1948- | personal name |
| [ 5 ] | 1 | Fisher, David C. | personal name |
| [ 6 ] | 2 | Fisher, David C., 1958- | personal name |
| [ 7 ] | 1 | Fisher, David C., 1976- | personal name |
| [ 8 ] | 1 | Fisher, David Charles, 1943- | personal name |
| [ 9 ] | 2 | Fisher, David Clarence, 1960- | personal name |
| [ 10 ] | 1 | Fisher, David Clint | personal name |
| [ 11 ] | 1 | Fisher, David Clint, 1994- | personal name |
| [ 12 ] | 1 | Fisher, David Cotton, 1967- | personal name |
| [ 13 ] | 1 | Fisher, David D. | personal name |
| [ 14 ] | 5 | Fisher, David D., 1955- | personal name |
| [ 15 ] | 1 | Fisher, David D. V., 1936- | personal name |
| [ 16 ] | 1 | Fisher, David Damian, 1971- | personal name |
| [ 17 ] | 15 | Fisher, David Daril, 1952- | personal name |
| [ 18 ] | 1 | Fisher, David Dayan | personal name |
| [ 19 ] | 2 | Fisher, David Dayan, 1967- | personal name |
| [ 20 ] | 1 | Fisher, David Dean | personal name |
| [ 21 ] | 7 | Fisher, David Dean, 1955- | personal name |
| [ 22 ] | 13 | Fisher, David E. | personal name |
| [ 23 ] | 8 | Fisher, David E., 1932- | personal name |
| [ 24 ] | 1 | Fisher, David E., 1942- | personal name |
| [ 25 ] | 1 | Fisher, David Erich, 1957- | personal name |

7/23/2021                                        WebVoyage



---

Help   Search   History   *Titles*   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Exhibit B, Page 17**

7/23/2021                                    WebVoyage Record View 1



The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Author = Fisher, David A., Jr., 1981-
Search Results: Displaying 1 of 1 entries



Labeled View

*Mixed :*

| | |
|---:|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002265745 / 2020-08-01 |
| **Application Title:** | Mixed - Episode 1. |
| **Title:** | Mixed : 1. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | David A. Fisher, Jr. Address: 324 S. Beverly Dr. #292, Beverly Hills, CA, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-03-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | David A. Fisher, Jr., 1981- ; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | David A. Fisher, Jr, 324 S. Beverly Dr. #292, Beverly Hills, CA, 90212, United States, (323) 596-1031, fisherthoughts@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Fisher, David A., Jr., 1981- |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |

**Exhibit B, Page 18**

7/23/2021                  WebVoyage Record View 1

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Exhibit B, Page 19**

# EXHIBIT C

7/23/2021                                                WebVoyage Titles



The Library has opened access to some reading rooms by appointment only. **More**. The
Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = fisher david a.
Search Results: Displaying 1 through 15 of 15 entries.



Resort results by: [ ▾ ]                                                    Set Search Limits

| # | Name (NALL) < | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| ☐ [ 1 ] | Fisher, David A. | Products liability : cases and materials. | TX0006399810 | 2006 |
| ☐ [ 2 ] | Fisher, David A. | State and local studies for Christian Schools / by David A. Fisher. | TX0002033290 | 1987 |
| ☐ [ 3 ] | Fisher, David A. | World history for Christian Schools : grade 10 / David A. Fisher. | TX0001928695 | 1984 |
| ☐ [ 4 ] | Fisher, David A., 1939- | Non-probability opinion survey of casino patrons : June to December 1983 / completed by David Pisciotti. | TXu000157893 | 1984 |
| ☐ [ 5 ] | Fisher, David A., 1960- | Fisher music collection : vol. 1. | SRu000436904 | 2000 |
| ☐ [ 6 ] | Fisher, David A., 1960- | I give. | SRu000410712 | 1998 |
| ☐ [ 7 ] | Fisher, David A., 1962- | Piano romance. | PAu000216323 | 1980 |
| ☐ [ 8 ] | Fisher, David A., 1962- | Romantic music for two. | PAu000216359 | 1980 |
| ☐ [ 9 ] | Fisher, David A., 1985- | Intro, et al. | PAu003478828 | 2010 |
| ☐ [ 10 ] | Fisher, David A., Jr., 1981- | Mixed : 1. | PA0002265745 | 2014 |
| ☐ [ 11 ] | Fisher, David Alan, 1955- | Haste makes waste / by Carol A. Fisher. | SRu000079874 | 1985 |
| ☐ [ 12 ] | Fisher, David Allen, 1960- | At the lines. | PAu002219990 | 1997 |
| ☐ [ 13 ] | Fisher, David Allen, 1960- | Beautiful place. | PAu001999742 | 1995 |
| ☐ [ 14 ] | Fisher, David Allen, 1960- | Look. | PAu001996817 | 1995 |
| ☐ [ 15 ] | Fisher, David Andrew, 1948- | Toy soldiers / by David Andrew Fisher. | PAu000029345 | 1978 |

Resort results by: [ ▾ ]                                                    Set Search Limits

[ Clear Selected ]    [ Retain Selected ]

**Exhibit C, Page 21**

7/23/2021                                                    WebVoyage Titles

[◀ previous]  [next ▶]

| Save, Print and Email (**Help Page**) | |
|---|---|
| **Records** | Select Format: [Full Record ▾]  [Format for Print/Save] |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: [_____]  [Email] |

**Search for:** [fisher david a.]   **Search by:** [Name (Crichton Michael; Walt Disney Company) ▾]   **Item type:** [None ▾]

[25 records per page ▾]                    [Submit]  [Reset]

_____

[Help]   [Search]   [History]   **Titles**   [Start Over]

[Contact Us]  |  [Request Copies]  |  [Get a Search Estimate]  |  [Frequently Asked Questions (FAQs) about Copyright]  |  [Copyright Office Home Page]  |
[Library of Congress Home Page]

**Exhibit C, Page 22**



The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = fisher david a.
Search Results: Displaying 10 of 15 entries



**Labeled View**

*Mixed :*

|  |  |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002265745 / 2020-08-01 |
| **Application Title:** | Mixed - Episode 1. |
| **Title:** | Mixed : 1. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | David A. Fisher, Jr. Address: 324 S. Beverly Dr. #292, Beverly Hills, CA, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-03-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | David A. Fisher, Jr., 1981- ; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | David A. Fisher, Jr, 324 S. Beverly Dr. #292, Beverly Hills, CA, 90212, United States, (323) 596-1031, fisherthoughts@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Fisher, David A., Jr., 1981- |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [_____]  Email |

**Exhibit C, Page 23**

7/23/2021                                    WebVoyage Record View 1

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Exhibit C, Page 24**

# EXHIBIT D



**The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

---

# Public Catalog

Copyright Catalog (1978 to present)

### Basic Search        Other Search Options

| | | | | |
|---|---|---|---|---|
| **Search for:** | fisher david | all of these ▾ | **Search by:** | Name: All (KNAM) ▾ |

             ● **AND**   ○ **OR**   ○ **NOT**

| | | | | |
|---|---|---|---|---|
| **Search for:** | mixed | as a phrase ▾ | **Search by:** | Title (TKEY) ▾ |

25 records per page ▾        [ Begin Search ]  [ Reset ]        [ Set Search Limits ]

### Search Tips

1. **Optional** -- Set *Search Limits* **before** following the steps below.
2. **Search for:** -- Enter a word, several words, or a phrase in the box.
3. From the following drop-down menu, select **all of these**, **any of these** or **as a phrase** *("all of these" is the default, and is highly recommended)*.
4. **Search by:** -- Select an Index Name from the drop-down menu.
5. From the following radio buttons, select **AND**, **OR**, or **NOT** (boolean operators) to add more information to the search (see Boolean Searching help page for assistance).
6. Repeat steps 2, 3 and 4 to refine your search further by using the last set of fill-in blanks and menus.
7. Select the [ Begin Search ] button to get results.

*\* Search results sort order varies with choice of index.*

Help on using Other Search Options

---

Help  Search  History  *Titles*  Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright
Copyright Office Home Page  |  Library of Congress Home Page

**Exhibit D, Page 26**



The Library has opened access to some reading rooms by appointment only. **More**. The Jefferson Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

---

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (fisher AND david)[in Name: All (KNAM)] AND ("mixed")[in Title (TKEY)]
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Mixed :*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002265745 / 2020-08-01 |
| **Application Title:** | Mixed - Episode 1. |
| **Title:** | Mixed : 1. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | David A. Fisher, Jr. Address: 324 S. Beverly Dr. #292, Beverly Hills, CA, United States. |
| **Date of Creation:** | 2014 |
| **Date of Publication:** | 2014-03-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | David A. Fisher, Jr., 1981- ; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | David A. Fisher, Jr, 324 S. Beverly Dr. #292, Beverly Hills, CA, 90212, United States, (323) 596-1031, fisherthoughts@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Fisher, David A., Jr., 1981- |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format  Full Record  Format for Print/Save |
| Enter your email address:  _____  Email |



WebVoyage Record View 1

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**Exhibit D, Page 28**

# EXHIBIT E



*LIBRARY OF CONGRESS*
*Copyright Office*
*of the United States*
*WASHINGTON, D.C.*

**THIS IS TO CERTIFY**, that the attached are photocopies of the following items which appear in the correspondence files of the Copyright Office for the work entitled **MIXED – EPISODE 1 DATE ON COPIES 03/25/2014; 1-9081832621**

1. Automated email from Copyright Office on 8/1/2021 11:47:12 AM pertaining to the work identified as MIXED – EPISODE 1 DATE ON COPIES 03/25/2014; 1-9081832621.

2. Automated email from Copyright Office on 08/01/20202:56:36 PM pertaining to the work identified as MIXED – EPISODE 1 DATE ON COPIES 03/25/2014; 1-9081832621.

3. Email from Gareth James, Performing Arts Division Examiner (cop-ad@loc.gov), sent 09/16/2020 10:46:23 AM, to David Fisher (fisherthoughts@gmail.com).

4. Email from Gareth James, Performing Arts Division Examiner (cop-ad@loc.gov), sent 09/16/2020 1:48:50 PM, to David Fisher (fisherthoughts@gmail.com).

5. Email from Gareth James, Performing Arts Division Examiner (cop-ad@loc.gov), sent 09/16/2020 1:48:50 PM, to David Fisher (fisherthoughts@gmail.com).

6. Email to Gareth (cop-ad@loc.gov), received 09/16/2020 4:31:58 PM, from David Fisher (fisherthoughts@gmail.com).

7. Email from Gareth James, (cop-ad@loc.gov), sent 09/16/2020 4:10:08 PM, to David Fisher (fisherthoughts@gmail.com).

8. Email to Gareth (cop-ad@loc.gov), received 11/23/2021 9:49:21 PM, from David Fisher (fisherthoughts@gmail.com).

9. Email from Gareth (cop-ad@loc.gov), sent 11/24/2020 9:25:53 AM, to David Fisher (fisherthoughts@gmail.com).



**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on July 20, 2021.

Shira Perlmutter
United States Register of Copyrights and Director

By: Jarletta Walls
Section Head
Records Research and Certifications Section
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Exhibit E, Page 31**

## Correspondence Activities Report

**SR** 1-9081832621
**Activity Type:** Email - Outbound
**Created on:** 08/01/2020 11:47:12 AM
**Subject:** Confirmation of Receipt
**Body:**

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Mixed were received by the
U.S.Copyright Office on 8/1/2020.

PLEASE NOTE: Your submission is not complete until you upload or mail the
material you are registering. To do so, logon
to https://eco.copyright.gov/eService_enu/ and click on case number
1-9081832621 in the Open Cases table. Follow the instructions to either upload a
digital copy or mail a physical copy (with shipping slip attached) of the work being
registered. Additional instructions and requirements for submitting the material
being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the
effective date of registration will be based on the date on which we receive the
copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the
My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-9081832621.
If you have questions or need assistance, Copyright Office contact information can
be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

**Activity Type:** Email - Outbound
**Created on:** 08/01/2020 2:56:36 PM
**Subject:** Acknowledgement of Uploaded Deposit
**Body:**

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY. Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-9081832621

File Name :mixed_synopsis.pdf
File Size :73976 KB
Date/Time :8/1/2020 1:54:42 PM

File Name :_mixed_ep_1_final_cut_3_24_14.mov
File Size :146608655 KB
Date/Time :8/1/2020 2:39:10 PM

File Name :_mixed_ep_2_final_cut_3_24_14.mov
File Size :163447973 KB
Date/Time :8/1/2020 2:42:07 PM

File Name :_mixed_ep_3_final_cut_3_31_14.mov
File Size :150971530 KB
Date/Time :8/1/2020 2:40:20 PM

File Name :_mixed_ep_4_final_cut_4_8_14.mov
File Size :142792719 KB
Date/Time :8/1/2020 2:41:43 PM

File Name :_mixed_ep_5_final_cut_4_15_14.mov
File Size :172321033 KB
Date/Time :8/1/2020 2:45:39 PM

[THREAD ID: 1-46820HA]

United States Copyright Office

**Exhibit E, Page 33**

**Activity Type:** Email - Outbound
**Created on:** 09/16/2020 10:46:23 AM
**Subject:** 1-9081832621 Mixed (Episodes 1-5)
**Body:**

Dear David Fisher:

Please respond to the questions below within 45 days and include the [THREAD ID], using the brackets, as part of your response. The [THREAD ID] is located below the Examiner's signature block. The [THREAD ID] must be in the body of your response, NOT the subject line. If you put the [THREAD ID] in the subject line, we will not get your message.

I am working on your copyright application to register these episodes and writing to ask about the publication of the works. Your application gives a publication date of 3/25/2014, but it is not clear how the videos you uploaded have been published.

"Publication" is defined in the law as the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending. The offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display, constitutes publication. A public performance or display of a work does not of itself constitute publication.

The statutory definition of publication does not specifically address works transmitted online. In determining whether your works have been published, you may wish to consider the following general guidelines:

Streamed-only content: Streaming is essentially a performance, which, in and of itself, does not generally constitute a distribution of copies, because, as a practical matter, the user does not receive a copy. However, the fact that a work has been offered for distribution to multiple online streaming or download services for purposes of further distribution or public display may create a reasonable inference that an offer to distribute to a group of persons has been made and that publication has occurred.

Express authorization to download content: If a work is expressly made available for download the work is deemed published, because a distribution occurs each time a user downloads a copy, such as when a video file is offered for sale on a website or where a copy of a work can be obtained by clicking on a "download now" button or similar link.

For more information on online works and publication, see Compendium III, Chapters 1000 and 1900. https://www.copyright.gov/comp3/

Please tell us how these works were first made available, whether individually or

as a group and in what format (e.g., on DVD/Blu-ray or as a download). Based on your response, we will advise you further about registration options.

However, if you determine that these works have not been published, we must refuse registration. Effective March 15, 2019, the Office no longer accepts a Standard Application such as you submitted to register multiple unpublished works. Instead, applicants must use the new online application for a "Group of Unpublished Works" (GRUW). A GRUW application may include up to 10 unpublished works. To learn more about the requirements for this option, see Circular 34, pg. 5. (https://www.copyright.gov/circs/circ34.pdf).

Sincerely,
Gareth James
Performing Arts Division Examiner
Office of Registration Policy & Practice
U.S. Copyright Office

IMPORTANT NOTE: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

Failure to comply exactly with our instructions will result in your email not being connected to your application, and your case will be closed without further correspondence from us.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-49J8NZB]

**Activity Type:** Email - Outbound
**Created on:** 09/16/2020 1:33:42 PM
**Subject:** RE: Re: 1-9081832621 Mixed (Episodes 1-5)
**Body:**

Hi David,

Thanks for your reply. If the episodes were first made available separately, as seems to be the case, then they will have to be registered separately. Please let me know which one you would like to register with this application and confirm the complete date of first publication, and I'll amend the record to omit reference to the others. You'll then need to file separate applications to register the remaining episodes.

Thanks again,
Gareth James

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-49J8NZB]

**Activity Type:** Email - Inbound
**Created on:** 09/16/2020 4:31:58 PM
**Attachment:** Y
**Subject:** Re: 1-9081832621 Mixed (Episodes 1-5)
**Body:**

[THREAD ID:1-49J8NZB]

Hi Gareth,

The MIXED episodes were created and released as a complete season originally on Fisherthoughts.com and Vimeo.

It was only on YouTube were the trailer and other episodes separated for promotional purposes in conjunction with social media etc.

Thank you for your prompt responses, it's truly appreciated.

Best,
David Fisher
D: 323.596.1031

**Activity Type:** Email - Outbound
**Created on:** 09/16/2020 4:10:08 PM
**Subject:** RE: Re: 1-9081832621 Mixed (Episodes 1-5)
**Body:**

Thanks again for your reply. Under our current registration procedures, the episodes must still be registered separately, even if the entire season's episodes were first released together on the same date.

As stated in the Compendium of the U.S. Copyright Office Practices, Third Edition, as a general rule, each work must be registered separately. It is possible to register multiple published works with one application as a "collective work," but only if certain requirements are met. The claimant must own both the individual component works being registered AND the compilation authorship involved in selecting, coordinating, and/or arranging the component works into a collective whole. In addition, the collective work must contain sufficient original authorship in the selection and ordering of the independent component works that it incorporates.

Because the entire season's episodes are presented in chronological order, there is not sufficient creativity in their selection and ordering to qualify as a collective work. Therefore, we cannot register these episodes with one application. Instead, each episode must be registered separately.

Please let us know which episode you wish to register with the application you sent, and authorize us to remove reference to the others. You may register the remaining episodes at any time by submitting separate applications, copies, and fees.

For more information on collective works, the associated requirements, and information on the "one work per registration" rule, please see Sections 509 and 511 of the Compendium, Third Edition. The Compendium, Third Edition was released and became effective on December 22, 2014:
https://www.copyright.gov/comp3/chap500/ch500-identifying-works.pdf

Best,
Gareth James

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office. [THREAD ID:1-49J8NZB]

**Activity Type:** Email - Inbound
**Created on:** 11/23/2020 9:49:21 PM
**Attachment:** Y
**Subject:** Re: 1-9081832621 Mixed (Episodes 1-5)
**Body:**

> THREAD ID:1-49J8NZB]

Hello Gareth,

I'm just following up to confirm you received my response on 9/16/2020 to please register episode 1 the pilot episode and authorizing you to remove reference to the other episodes as discussed. Please confirm my copyright is still processing and how will it take to receive the copyright?

Thank you again Gareth!

David Fisher

**Activity Type:** Email - Outbound
**Created on:** 11/24/2020 9:25:53 AM
**Subject:** RE: Re: 1-9081832621 Mixed (Episodes 1-5)
**Body:**

Hi David,

No, for some reason I never received your earlier email (it's possible that the email Thread ID wasn't included and so it wasn't linked to the case record.) I've amended the record to register episode 1 and approved the claim, and you should receive the official registration certificate in the mail in the next few weeks.

Take care,
Gareth

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office. [THREAD ID:1-49J8NZB]

# EXHIBIT F

## Manually Lodged
## Physical Exhibit

**(Flash drive received from the
Copyright Office containing the
deposit copy for Registration
number PA0002265745)**

# EXHIBIT G



*LIBRARY OF CONGRESS*

*Copyright Office
of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached flash drive is a true copy of the work entitled **MIXED – EPISODE 1 DATE ON COPIES: 03/25/2014** deposited in the Copyright Office with claim of copyright registered under number **PA 2-265-745.**

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on July 20, 2021.

Shira Perlmutter
United States Register of Copyrights and Director

By: Jarletta Walls
Section Head
Records Research and Certification Section
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Exhibit G, Page 43**



# COPY OF DEPOSIT

## PA 2-265-745

## SR 1-9081832621

NOTE: Deposits submitted electronically bear no identifying marks.

NOTE ALSO:Please use a PC/personal computer using Internet Explorer browser or a Macintosh computer (Apple) using Firefox browser. Please do not use (IPAD, Smart Phones, Google, Google Chrome, Bing, AOL, MSN, Yahoo) etc.

NOTE FURTHER: Please download .vlc when viewing files containing video.

# EXHIBIT H

## Manually Lodged
## Physical Exhibit
**(Flash drive containing
copies of the publicly aired
episodes of Season 1 of
*mixed-ish*)**