ELAINE K. KIM (SBN 242066)
  ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
The Walt Disney Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| David A. Fisher,<br><br>         Plaintiff,<br><br>      v.<br><br>Angela Nissel, E. Brian Dobbins, Kenya Barris, ABC Studios, The Walt Disney Company, a Delaware Corporation, and Parent company of Walt Disney, Walt Disney Television and ABC Television Network, Inc; Does 1 thru 25, Inclusive,<br><br>         Defendants. | CASE NO. 2:21-cv-05839-CBM (KSx)<br><br>Honorable Consuelo B. Marshall<br><br>**DECLARATION OF ELAINE K. KIM IN SUPPORT OF REQUEST OF DEFENDANT THE WALT DISNEY COMPANY FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY WITHOUT LEAVE TO AMEND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND 28 U.S.C. § 1915(E)(2)(B)**<br><br>[Notice of Motion and Motion; Request for Judicial Notice and Exhibits; Declaration of Celeste de los Santos; Notice of Lodging and Exhibits; and [Proposed] Order Filed Concurrently Herewith]<br><br>Date:        October 5, 2021<br>Time:        10:00 a.m.<br>Courtroom:   8B |

# DECLARATION OF ELAINE K. KIM

I, Elaine K. Kim, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and this Court. I am a partner through my professional corporation in the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), attorneys of record for Defendant The Walt Disney Company ("TWDC"). I make this Declaration in support of TWDC's Request for Judicial Notice ("RJN"), filed in support of TWDC's Motion to Dismiss Plaintiff's Complaint in Its Entirety Without Leave to Amend Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On July 23, 2021, I conducted searches of the U.S. Copyright Office Public Catalog online, available at the Internet location https://cocatalog.loc.gov, for copyright registrations granted to Plaintiff David A. Fisher. Based on these searches, I confirmed that the Copyright Office has granted a registration to Plaintiff for "MIXED" Episode 1, but has not granted a registration to Plaintiff for "MIXED" Episodes 2 through 5.

3. Attached as **Exhibit A** to the RJN is a true and correct copy of my printouts from the Copyright Office's Public Records Catalog online showing the results of a search query for Registration number PA0002265745, that I conducted on July 23, 2021. This is the only registration number alleged in the Complaint. These records establish that Registration number PA0002265745 is only for "Mixed – Episode 1." As shown in Exhibit A, the Name associated with this registration is "Fisher, David A., Jr., 1981-."

4. Attached as **Exhibit B** to the RJN is a true and correct copy of my printouts from the Copyright Office's Public Records Catalog online showing the results of a search query for "Fisher, David A., Jr., 1981-," which I conducted on

July 23, 2021. These records show that there is only "1" title associated with that Name, which is Registration number PA0002265745 for "Mixed – Episode 1."

5. Attached as **Exhibit C** to the RJN is a true and correct copy of my printouts from the Copyright Office's Public Records Catalog online showing the results of a search query for any and all records of copyright registrations with the Name, "fisher david a.," which I conducted on July 23, 2021. These records show that the only registration is Registration number PA0002265745 for "Mixed – Episode 1."

6. Attached as **Exhibit D** to the RJN is a true and correct copy of my printouts from the Copyright Office's Public Records Catalog online showing the results of a search query for any and all records of copyright registrations for which "fisher" and "david" appear anywhere in the Name, and "mixed" appears anywhere in the Title. I conducted this search query on July 23, 2021. These records show that the only registration is Registration number PA0002265745 for "Mixed – Episode 1."

7. Attached as **Exhibit E** to the RJN is a true and correct copy of certified records of the Copyright Office of its correspondence with Plaintiff pertaining to "MIXED." My office received these records from the Copyright Office on or about July 21, 2021. The correspondence reflects that the Copyright Office registered only Episode 1 of "MIXED" and removed reference to the other episodes. These records make clear that Registration number PA0002265745 covered only "Mixed – Episode 1," and not Episodes 2 through 5.

8. Being manually lodged with the Court as **Exhibit F** to the RJN is a true and correct copy of a flash drive received from the Copyright Office containing the deposit copy for Registration number PA0002265745. My office received these records from the Copyright Office on or about July 21, 2021. Exhibit F contains "Mixed – Episode 1," a video that is approximately 6 minutes long and a short synopsis. Exhibit F does not contain any episodes except for

1  "Mixed – Episode 1." Exhibit F further confirms that Registration number
2  PA0002265745 does not cover Episodes 2 through 5 of "MIXED."

3      9.    Attached as **Exhibit G** to the RJN is a true and correct copy of the
4  Copyright Office's certification of the deposit copy for Registration number
5  PA0002265745.

6      10.    On August 16, 2021, I sent Plaintiff, David A. Fisher, an email in
7  which I described in detail the substance of TWDC's Motion to Dismiss and asked
8  him to let me know when he had time in the next few days to speak on the phone.
9  Having received no response to my email, on August 18, 2021, I called Mr. Fisher
10 at the phone number listed on his Complaint. Mr. Fisher did not answer, so I left a
11 voicemail identifying myself and stating that I was calling to confer with him about
12 TWDC's Motion to Dismiss. I followed up on August 18 by sending Mr. Fisher
13 another email. Mr. Fisher responded on August 20 and suggested a time to speak
14 on August 23. I discussed the Motion to Dismiss with Mr. Fisher on the phone on
15 August 23.

17     I declare under penalty of perjury under the laws of the United States of
18 America that the foregoing is true and correct.
19     Executed this 26th of August, 2021 at Los Angeles, California.

*/s/ Elaine K. Kim*
Elaine K. Kim