David A. Fisher

fisherthoughts@gmail.com

312 W. 5th St. #209
Los Angeles, CA, 90013

(323)596-1031

David A. Fisher **in Pro Per**
**(Attorney for Plaintiff)**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A. Fisher<br>**Plaintiff**<br>VS.<br>Angela Nissel,<br>The Walt Disney Company,<br>E. Brian Dobbins,<br>Kenya Barris, ABC<br>Studios, ABC Television<br>Network<br>**Defendants** | Case No: 2-21-CV-05839-CBM-KS<br>PLAINTIFF'S DECLARATION IN SUPPORT OF OPPOSITION TO MOTION<br><br>Hearing Date: October 5, 2021<br>Hearing Time: 10:00 am<br>Judge: Consuelo B. Marshall<br>Place:    8B |

   I, David A. Fisher, declare as follows: I am the Plaintiff is the above-entitled case.  I have personal knowledge of the facts of this case, and, if called as a witness, I could and would testify thereto. I declare under penalty and perjury the foregoing is true and correct.

   9,1,2021

7