# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-265-745

**Effective Date of Registration:**
August 01, 2020
**Registration Decision Date:**
November 24, 2020

## Title

**Title of Work:**   Mixed - Episode 1
**Date on Copies:** 03/25/2014

## Completion/Publication

**Year of Completion:**   2014
**Date of 1st Publication:**   March 25, 2014
**Nation of 1st Publication:**   United States

## Author

- **Author:**   David A. Fisher, Jr.
  **Author Created:**   entire motion picture
  **Citizen of:**   United States
  **Domiciled in:**   United States
  **Year Born:**   1981

## Copyright Claimant

**Copyright Claimant:**   David A. Fisher, Jr.
324 S. Beverly Dr. #292, Beverly Hills, CA, United States

## Rights and Permissions

**Name:**   David A. Fisher, Jr
**Email:**   fisherthoughts@gmail.com
**Telephone:**   (323)596-1031
**Address:**   324 S. Beverly Dr. #292
Beverly Hills, CA 90212 United States

## Certification

**Name:** David A. Fisher, Jr
**Date:** August 01, 2020

**Correspondence:** Yes



Registration #:   PA0002265745
Service Request #:   1-9081832621

Fisherthoughts Productions
David Fisher
324 S. Beverly Dr. #292
Beverly Hills, CA 90212 United States