UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-05839-CBM-KS | Date | November 2, 2021 |
|---|---|---|---|
| Title | David A Fisher et al v. Angela Nissel et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Sherri Kleeger |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| David Fischer, In Pro Se | Elaine Kim |

**Proceedings:** DEFENDANT THE WALT DISNEY COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [16]
(Held via Conference Bridge)

Court and counsel confer as reflected on the record. The Court issues the following rulings:

The Court **SUSTAINS** Defendant The Walt Disney Company's ("Defendant's") objection to Plaintiff's declaration and exhibits and **GRANTS** Defendant's request to strike Plaintiff's declaration and exhibits because the Court cannot consider evidence in ruling on Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

Defendant's request for judicial notice (Dkt. No. 17) is **GRANTED**.

Defendant's Motion to Dismiss (Dkt. No. 16) is **GRANTED** as follows:

  i. Plaintiff's copyright infringement claim based on Plaintiff's MIXED Episodes 2 through 5 is dismissed with leave to amend to allege facts demonstrating Plaintiff owns a valid copyright registration for Episodes 2, 3, 4 and 5;
  ii. Plaintiff's copyright infringement claim based on Plaintiff's MIXED Episode 1 is dismissed with leave to amend to allege sufficient, non-conclusory facts regarding substantial similarity;[1]
  iii. Plaintiff's conversion claim is dismissed without leave to amend because it is preempted by the Copyright Act since it arises from Defendants' alleged infringement of Plaintiff's MIXED comedy series, and the alleged rights violated

---

[1] While Plaintiff must allege non-conclusory facts regarding substantial similarity to satisfy *Iqbal*'s pleading standards, the Court would decline to conduct a substantial similarity test comparing the works at the pleading stage because additional evidence such as expert testimony may help inform the question of substantial similarity in this case. *See Alfred v. Walt Disney Co.*, 821 F. App'x 727, 729 (9th Cir. 2020).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-05839-CBM-KS | Date | November 2, 2021 |
|---|---|---|---|
| Title | David A Fisher et al v. Angela Nissel et al | | |

      which are the basis of Plaintiff's conversion claim are equivalent to the exclusive rights contained in 17 U.S.C. § 106; and

  iv.  To the extent Plaintiff asserts a claim for false representation, that claim is dismissed without leave to amend because it is preempted by the Copyright Act since it arises from Defendants' alleged infringement of Plaintiff's MIXED comedy series and the alleged rights violated which are the basis of the false representation claim are equivalent to the exclusive rights contained in 17 U.S.C. § 106, and it is precluded pursuant to *Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23 (2003).

Plaintiff may file an amended complaint with respect to his copyright claim **no later than December 2, 2021.** The failure to file an amended complaint by that date shall result in dismissal of the case with prejudice.

Defendant's request for dismissal of the action in its entirety as to all Defendants without leave to amend is **DENIED**.

Defendant's request that the Court certify that any appeal may not be taken in forma pauperis pursuant to 28 U.S.C. § 1915(a)(3) is **DENIED** as premature.

|  | : | 32 |
|---|---|---|
| Initials of Preparer | PG | |