ELAINE K. KIM (SBN 242066)
  ekk@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
The Walt Disney Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| David A. Fisher,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Angela Nissel, E. Brian Dobbins, Kenya Barris, ABC Studios, The Walt Disney Company, a Delaware Corporation, and Parent company of Walt Disney, Walt Disney Television and ABC Television Network, Inc; Does 1 thru 25, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-05839-CBM (KSx)<br><br>Honorable Consuelo B. Marshall<br><br>**DECLARATION OF CELESTE DE LOS SANTOS IN SUPPORT OF REQUEST OF DEFENDANT THE WALT DISNEY COMPANY FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND 28 U.S.C. § 1915(E)(2)(B)**<br><br>[Notice of Motion and Motion; Request for Judicial Notice; Notice of Lodging and Exhibit; and [Proposed] Order Filed Concurrently Herewith]<br><br>Date:　　　　January 25, 2022<br>Time:　　　　10:00 a.m.<br>Courtroom:　8B |

**DECLARATION OF CELESTE DE LOS SANTOS IN SUPPORT OF DEFENDANT TWDC'S RJN**

## DECLARATION OF CELESTE DE LOS SANTOS

I, Celeste de los Santos, declare:

1. I am an Analyst with ABC Signature Production Business Intelligence at ABC Studios, now ABC Signature. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. ABC Studios maintains copies of the as-aired episodes of television shows it has produced, in the regular course of business.

3. Being lodged with the Court is a USB drive labeled as **Exhibit I** to Defendant The Walt Disney Company's Request for Judicial Notice, which contains true and correct copies of certain episodes that aired publicly as part of *Mixed-ish* Season 2, specifically Episode 203 ("On My Own"), Episode 204 ("Livin' on a Prayer"), and Episode 207 ("You Give Love a Bad Name"). These episodes are also publicly available for streaming on Hulu, Amazon Prime, and other platforms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of December 2021, at Burbank, California.

_____
Celeste de los Santos