UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-5839-CBM-(KSx) | Date | January 27, 2022 |
| Title | *Fisher v. Nissel et al.* | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: MOTION OF DEFENDANT THE WALT DISNEY COMPANY TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6) AND 28 U.S.C. § 1915(E)(2)(B); AND JOINDER [32] [41]**

The matter before the Court is the "Motion of Defendant The Walt Disney Company to Dismiss Plaintiff's First Amended Complaint Without Leave to Amend Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(E)(2)(B)."   (Dkt. No. 32 (the "Motion").)   Defendants Angela Nissel, E. Brian Dobbins, and Kenya Barris filed a joinder to the Motion.   (Dkt. No. 41 ("Joinder").)

Plaintiff's opposition to the Motion was due on January 4, 2022 pursuant to Local Rule 7-9 based on the originally noticed hearing date, but no opposition was filed.   On January 7, 2022, the Court issued a minute order ordering Plaintiff to file an opposition or notice of non-opposition to the Motion no later than January 21, 2022, and stated "[a] failure to file an opposition to the Motion by that date 'may be deemed consent to the granting . . . of the motion' pursuant to Local Rule 7-12."   (Dkt. No. 40.)   No opposition has been filed by Plaintiff.

Accordingly, the Motion to Dismiss Plaintiff's First Amended Complaint and Joinder are **GRANTED**, and the First Amended Complaint is **dismissed without prejudice** pursuant to Local Rule 7-12 based on Plaintiff's failure to file an opposition to the Motion.

IT IS SO ORDERED.